UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **TEMIKA PAYTON** | : | **DOCKET NO.: 1:22-cv-04043** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO, ET AL** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

Considering the pending motion to enroll filed by new counsel for plaintiff, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 28] recommending dismissal of this matter for failure to prosecute be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 28th day of September, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**